# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SMALL BUSINESS LOAN SOURCE, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 05-0651-CG-B |
| | ) |
| **F/V LUCKY SEA STAR, her engines, tackle** | ) |
| **furniture, appurtenances, etc., in rem,** | ) |
| **Xuanmai Thi Bui, and Dung Van Cao,** | ) |
| **in personam,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

It has been brought to the court's attention that the petition for Chapter 7 Bankruptcy filed by Small Business Loan Source, LLC, case number 05-55961, has been fully administered by Order of United States Bankruptcy Judge Edward R. Gaines, Southern District of Mississippi, dated April 11, 2006. Accordingly, the stay is hereby lifted against said defendants.

**DONE and ORDERED** this 25th day of April, 2006.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**